In re Andrew J. LANNIE, Relator.

No. 14–02–01287–CV.

Court of Appeals of Texas,
Houston (14th Dist.).

Jan. 16, 2003.

Andrew J. Lannie, Baytown, for relator.

` Daniel Ward Jackson, Henry V. Radoff, Houston, for respondent.

Panel consists of Justices EDELMAN, SEYMORE, and GUZMAN.

## OPINION

PER CURIAM.

On December 13, 2002, relator filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T.CODE ANN. § 22.221 (Vernon Supp.2002); *see also* TEX.R.APP. P. 52.

We deny relator's petition for writ of mandamus.

In re John Patrick FORWARD, Relator.

No. 14–02–01315–CV.

Court of Appeals of Texas,
Houston (14th Dist.).

Jan. 16, 2003.

John Patrick Forward, Gatesville, pro se.

Panel consists of Justices EDELMAN, SEYMORE, and GUZMAN.

## OPINION

PER CURIAM.

On December 27, 2002, relator filed a petition for writ of mandamus in this Court. *See* TEX. GOV'T.CODE ANN. § 22.221 (Vernon Supp.2002); *see also* TEX.R.APP. P. 52.

We deny relator's petition for writ of mandamus.